

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

04/29/2013 01:30 PM

COURTROOM 8B

HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:13-bk-01017-CPM | 7 | 01/28/2013 |

Chapter 7

**DEBTOR:** John Salov

**DEBTOR ATTY:** Russell Koss

**TRUSTEE:** Shari Jansen

**HEARING:**

Motion to Void Receiver Sale and Transfer Assets to Trustee in Bankruptcy. Filed by Russell Koss on behalf of Debtor John Salov (Koss, Russell) Modified on 2/25/2013 (Lewis, Bernadette). Doc #14; Opposition 26)

**APPEARANCES::**
Keith Appleby; Larry Hyman; Russell Koss; Lynn Sherman..
**WITNESSES:**

**EVIDENCE:**

**RULING:**
Motion to Void Receiver Sale and Transfer Assets to Trustee in Bankruptcy. Filed by Russell Koss on behalf of Debtor John Salov (Koss, Russell) Modified on 2/25/2013 (Lewis, Bernadette). Doc #14; Opposition 26)...DENIED AS MOOT...ORDER BY APPLEBY...
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.