UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                              Case No. 8:13-bk-01017

JOHN SALOV                                          Chapter 7

      Debtor.
_____/

### ORDER DENYING JOHN SALOV MOTION TO VOID RECEIVER SALE AND TRANSFER ASSETS TO TRUSTEE IN BANKRUPTCY AS MOOT

**THIS CAUSE** came on for hearing on April 29, 2013, on Debtor John Salov's Motion to Void Receiver Sale and Transfer Assets to Trustee in Bankruptcy (the "Motion") (Doc. No. 14) and the Response in Opposition to Motion to Void Receiver Sale and Transfer of Assets in Bankruptcy (the "Response") (Doc. No. 26) filed by Creditors Oakville Tower Holdings, LLC and Richland Tower-Charleston, LLC (collectively, the "Creditors"). At the hearing, counsel for the Debtor, Creditors, and Chapter 7 Trustee announced their agreement to the Court's entry of an order denying the Motion as moot. Accordingly, it is:

**ORDERED** that the Motion is **DENIED** as moot, without prejudice.

**DONE and ORDERED** on _____June 11, 2013_____.

*[signature: Catherine McEwen]*

CATHERINE PEEK McEWEN
United States Bankruptcy Judge

Attorney Keith T. Appleby is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

4397821v1