[8NPH] [Notice of Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                                    Case No. 8:13–bk–01017–CPM
                                                                                          Chapter 7

John Salov
1502 W. Busch Blvd
Ste # h–2
Tampa, FL 33612

_____Debtor\*_____/

NOTICE OF PRELIMINARY HEARING

NOTICE IS HEREBY GIVEN THAT:

A preliminary hearing will be held in, Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602 on November 12, 2013 at 02:00 PM before the Honorable Catherine Peek McEwen , United States Bankruptcy Judge, to consider and act upon the following matter(s):

Trusete's Motion to Approve Compromise of Controversy and Granting Injunctive Relief re: 8:13–ap–292–CPM (Doc. 51);

Objection to the Proposed Compromise filed by Debtor (Doc. 52);

Objection to the Proposed Compromise filed by Creditors, Clara R. Adams, et al. (Doc. 54).

Conduct of Hearing. The court will not permit the introduction of testimony or documentary evidence at the preliminary hearing. However, the court will consider as part of the record affidavits that are offered without objection, uncontradicted proffers of evidence made by counsel, and judicial and evidentiary admissions made by the parties in open court or in the papers and schedules filed with the court. NOTICE IS HEREBY GIVEN to the parties that at the preliminary hearing, the court on its own motion may grant summary judgment in favor of the movant or respondent as to all or part of the relief requested, if there is no genuine issue as to any material fact and some or all of the relief requested should be granted or denied as a matter of law.

Appropriate Attire. You are reminded that Local Rule 5072–1(b)(16) requires that all persons appearing in court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

<u>Avoid delays at Courthouse security checkpoints.</u> You are reminded that Local Rule 5073–1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

|  |  |
|---|---|
|  | FOR THE COURT |
| DATED: October 16, 2013 | Lee Ann Bennett , Clerk of Court |
|  | Sam M. Gibbons United States Courthouse<br>801 North Florida Avenue, Suite 555<br>Tampa, FL 33602 |

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.