# United States Bankruptcy Court
## Middle District of Florida

In re: **John Salov**

Debtor

Address: **180 W. Michigan Ave
Suite # 702
Jackson, MI 49201**

Employer's Tax Identification (EIN) No(s).:

Last four digits of Social Security No(s). :   **xxx-xx-1124**

Case No.: **8:13-bk-01017**
Chapter: **7**

## MOTION TO AMEND TO ADD CREDITOR AFTER DISCHARGE

Debtor, John Salov, moves the court to allow him to add an additional creditor, for the following reasons:

1. Debtor, John Salov, filed for bankruptcy on January 28, 2013 and was granted his discharge in bankruptcy on January 29, 2014.

2. The bankruptcy estate has not yet been closed

3. Due to the pressures of filing for bankruptcy in view of an imminent foreclosure proceeding in state court by a secured creditor, Salov forgot to list one of his creditors, namely **George Sarkisian**.

4. Sarkisian's original claim preceded the date of filing bankruptcy and is evidenced by the following attached document, showing an original debt in the amount of $20,000.00 (Exhibit A attached)

5. The Sarkisian debt has been reduced to a judgment in the State of Michigan in the amount of $24,000.00 plus costs.

6. The omitted creditor is an unsecured creditor. The assets in the estate were minimal and were used solely to satisfy administrative costs and secured creditors. No assets are or were available to be distributed to unsecured creditors

7. Sarkisian is actively pursuing collection on this judgment.

THEREFORE, Salov prays that he be allowed to amend his bankruptcy petition to include Sarkisian as a creditor and discharge his debt

| | | |
|---|---|---|
| Date | Signature | /S/ Russell Koss |
| | Name | **Russell Koss 0911410** |
| | Address | **Koss Law Firm** |
| | | **1453 W. Busch Blvd** |
| | | **Tampa, FL 33612** |